ACCEPTED
03-15-00074-CV
7874725
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 5:24:27 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00074-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 5:24:27 PM
JEFFREY D. KYLE
Clerk

**CORPSOL, INC., CORPORATE SOLUTIONS, INC.,
CORPORATE SOLUTIONS SERVICES, INC., AND 4XE, INC.**

*Appellants*

**v.**

**TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION,**

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
250TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. JOHN DIETZ PRESIDING

**APPELLANTS' MOTION TO LIFT ABATEMENT AND UNOPPOSED
FOURTH MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants CorpSol, Inc., Corporate Solutions, Inc., Corporate Solutions Services, Inc., and 4XE, Inc., file this Motion to Lift Abatement and Fourth Motion for Extension of Time to File Appellants' Brief. Appellants respectfully show:

1. The parties have been attempting to negotiate a settlement. Accordingly, the Court abated this case by order dated September 24, 2015.

Appellants have requested and received two previous extensions. The Court denied Appellants' Unopposed Third Motion for Extension of Time as moot, instead abating the appeal to allow negotiations to proceed.

2. The Court's order of abatement required a status report be filed by November 17, 2015.

3. Appellants hereby notify the Court that negotiations have failed, and this case should be returned to the Court's active docket. Appellants request that the Court lift the abatement and set a briefing schedule.

4. Appellants request a 30-day extension of time, or until December 17, 2015, for filing their brief.

5. As grounds, Appellants state that the parties have undertaken discussions standing a substantial chance of resolving this matter. Appellants allocated their resources toward those discussions rather than completing a brief that would not need to be filed if the discussions were successful. For that reason, Appellants need additional time to complete the brief.

4. This case has not been set for submission. Therefore, no unnecessary delay will result from the granting of this extension.

5. Appellee does not oppose the relief sought in this motion.

## CONCLUSION AND PRAYER

For these reasons, Appellants respectfully request that the Court lift the abatement, restore this case to its active docket, and grant this motion for extension of time, thus making their opening brief due on December 17, 2015. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/ Brandy Wingate Voss*
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
Brandy Wingate Voss
State Bar No. 24037046
brandy@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellants CorpSol, Inc.,*
*Corporate Solutions, Inc., Corporate*
*Solutions Services, Inc., and 4XE, Inc.*

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with appellee's lead counsel, Dan Price, about this motion. Mr. Price informed me that appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

## CERTIFICATE OF SERVICE

On November 17, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

Dan J. Price
STONE LOUGHLIN & SWANSON LLP
P.O. Box 30111
Austin, Texas 78755
dprice@slsaustin.com
*Counsel for Appellee*

/s/ Brandy Wingate Voss
Brandy Wingate Voss